# UNITED STATES DISTRICT COURT
### District of Columbia

| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361, 805-657-2211<br>Pro Se Plaintiff<br><br>*Plaintiff(s)*<br>v.<br><br>Donald J Trump,<br>1100 S. Ocean Blvd.,<br>Palm Beach, Florida, United States, 33401<br>(561) 832-2600<br><br>*Defendant(s)* | Case: 1:24−cv−00512<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 2/20/2024<br>Description: Pro Se Gen. Civ. (F−DECK)<br><br>Civil Action No. |

## COMPLAINT FOR DECLARATORY JUDGMENT

**PARTIES**

1. Plaintiff, Joseph Alter (Alter/Plaintiff), is a resident of Westlake Village, California 91361, and a concerned citizen of the United States.

2. Donald J Trump, (Trump/Defendant) is a resident of Palm Beach, Florida, 33401, is a US Citizen, and former President of the United States.

**FACTUAL BACKGROUND AND DISCUSSION**



3. The Colorado Supreme Court ruled on Dec. 19 that Trump is ineligible to be president under 14Section 3 and should not be listed on the primary ballot. The court put its ruling on hold to give the US Supreme Court time to weigh in, which the justices agreed to do on Jan. 5.

4. On February 7th, The Supreme Court heard Oral arguments on that case. Several things became apparent at Trial. The supreme court's entire bench indicated that the entire bench felt that the idea of disqualifying a prospective candidate for President of the United States, was a Federal issue and implied that States were not empowered to decide such a disqualification for the entire country.

5. It also seemed apparent that Anderson et al did not want to surrender its win to be reviewed de novo Federally, and the plaintiff was not willing to concede that an "insurrection" had occurred, on Jan 6, only a "riot". Also, as Justice KB Jackson noted, Andersen et al were "States Rights Republicans" and implied that there may be other motives for basing this in a State case.

6. On what looks like the likelihood that to decide this properly, the legal questions must make their way through the Federal court system, not the State court system. An insurrection is an attack on The Constitution, and our Federal Government. Thus, it seems likely that only the Federal Court

system and ultimately the Supreme Court can decide many of the questions involved.

7. In several months, the question of ballots will be moot anyway, as a backstop to the unsure outcome of Trump v. Anderson, this case is so filed.

**ARGUMENT**

8. The main question to resolve here, regarding Trump, is really not one of state v federal, or "insurrectionist" v "attacker". But it's a question of Oath. There is very little to protect the Constitutional Government besides Oaths of office, and officers who can serve faithfully under those Oaths.

9. There is so little in our system to enforce Oaths of office, that their loyalty to those Oaths is central to the operation of our Constitutional Government.

10. The 14th Amendment was ratified after a bloody civil war, and while the very top of their minds might have been keeping Confederates from over running their States again, the core issue in the 14th Amendment sec 3, is the Oath. If you're not onboard with protecting the constitutional government, you have no place to take an oath to it, particularly after you've broken faith with that Oath before. Therefore, the language it employs casts a very wide net, "any office under the United States", even though "senators, representatives, and military officers" might have been highest on their mind, there was other language for any office that wasn't. Due to the

difference with how presidential candidates were chosen at the time, the fact that we might be confronted with a former president who had supported insurrection, running for office again, was probably quite hard to imagine.

11. But they did imagine presidents trying to cling on to power, you can find protections against this in several other places in the constitution, as to term limits, but these other provisions do not involve the use of violence against the state.

12. Several people have already been jailed for Seditious Conspiracy for events on that day. There is ample evidence that these very same people had ties and support of Trump political operatives, and there are numerous public statements that Trump himself made on that day that encouraged them to use any means necessary to alter the outcome of the elector count on that day. That he at the very least supported their actions is a matter of public record, and he has even sang the national anthem with those who have been jailed for the attack, and called them "hostages", and the Federal investigation of events on that day "a witch hunt", which persists to this day.

13. There is no evidence in the record that Donald Trump did *anything* whatsoever, in an official or unofficial capacity, to stop them for the three and a half hours the Capitol was under siege, and did not ask them to go

home, until AFTER Mike Pence called the pentagon and ordered the national guard deployment (for some reason the pentagon was not responding to pleas for help because they were under orders that they shouldn't respond to anyone except the white house). In fact, 1st hand testimony presented at his impeachment trials confirms that on the contrary, Donald Trump expressed sympathy with their violent threats "well maybe he deserves it" he said of their chants of "Hang Mike Pence", his then vice president.

**LEGAL QUESTIONS POSED**

14. Should the question of whether an insurrection has occurred be resolved in the Federal Court system, and Ultimately the Supreme Court?
15. Were events on January 6, an attempted insurrection?
16. Did Donald Trump engage in or at least encourage and aid such acts?

**LEGAL STANDING**

17. Alter is a US Citizen, and votes in elections. He believes that our system of Constitutional Government must be protected from persons who cannot or will not protect our Constitutional Government, and that in the case of Donald J Trump, there is ample evidence that he not only cannot keep that Oath, but that he has already betrayed that Oath, and has been running a

campaign that explicitly promises to *shred* that Oath if he takes office. This is impermissible for any citizen that wishes to preserve our democracy. "without fear or favor"

18. Although violations of Oaths of Office are a crime, it does not appear to be a crime that a DOJ, who is eager to appear apolitical, is eager to bring.

19. The requirements of 14sec3, are quite a lot lower than a crime, since it does not invoke a criminal charge, but rather a legal disqualification for the high honor of serving in government, so bringing a case in civil court is a sufficient standard of evidence, the "preponderance of evidence" which has not changed since the 14$^{th}$sec3 was ratified. There are also historically many examples where it was invoked without a criminal charge and is therefore excluded from the General Amnesty act of 1872.

20. Because this case asks a different set of legal questions than Colorado, and originates in Federal Court instead of state, there is no reason to wait for the Supreme Court's verdict on Trump v. Colorado to decide on the legal questions at hand.

21. Because there is no crime charged in this case, there is no reason to wait for a Supreme Court ruling on immunity, since this case only wishes to establish facts.

**VENUE**

22. The events that give rise to this case, on and leading up to Jan 6 and after, occurred and were coordinated in Washington DC.

23. At the time of principal actions that gave rise to this case, the Defendant was a Washington DC Resident.

## SEPARATION OF POWERS

24. On Feb 9, DC's Appellate court has ruled that presidential immunity does not apply to his acts related to Jan 6, and is therefore subject to review, and any and all legal repercussions, however since this case only wishes to establish facts, seeks no monetary penalties, immunity does not apply, and this case may proceed without the Supreme Court's opinion on immunity. Time is of the essence, and Donald Trump has thus far availed himself of obstruction of any and all fact finding surrounding the events on that day, where he might be liable criminally or financially. This case should proceed regardless of those outcomes.

## DOUBLE JEOPARDY

25. Donald Trump is not charged with any crime in this action, and is subject to no damages by it, he is therefore not in any legal jeopardy as this case merely wishes to establish a factual record for various other potential

actions, without availing Trump with additional means to obstruct the establishment of such facts.

## REMEDY REQUESTED OF THIS COURT

26. Declare that with respect to the events on January 6, an attempted insurrection occurred withing the definition of 14sec3.

27. Declare that Donald Trump's actions on that day comprised at the very least "aid and support to enemies thereof".

28. Declare that Donald Trump may never again hold any office in and under the United States of America that has a constitutional duty or Oath, and enjoin him from holding any such office, and remove him without delay, if he attains such an office, under the powers granted the court by 14sec3.

29. Declare that under the disqualification of 14sec3, Donald Trump is no longer protected from liability under the 1st Amendment's immunities regarding political campaign speech, as he is no longer qualified, and may be held accountable for lies he tells in furtherance of his ambitions to re-attain such an office. If we are going to continue to operate a Constitutional Government, be it however painful or divisive, it was no less so when it was written. You cannot have reform without remorse, and I see none, quite the opposite. January 6 was no accident.

Feb 17, 2024

Joe Alter

In Pro-Per