# UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| Joe Alter, Westlake Village, California, 91361, 805-657-2211<br>Pro Se Plaintiff<br><br>*Plaintiff(s)*<br>v.<br><br>Donald J Trump, 1100 S. Ocean Blvd., Palm Beach, Florida, United States, 33401<br>(561) 832-2600<br><br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00512 |

## NOTICE FOR THE CLERK OF AN ERRONEOUS DOUBLE FILING OF THE CASE

It looks like through a series of errors, I caused the case to get filed twice in DC Circuit, and came across this (later filing) yesterday in a web search. The Other one went to Judge Randolph D. Moss, and is docketed as   1:24-cv-00478-RDM.

The Plaintiff will accept whatever action the court deems proper to take with regards to either case.

I'm very sorry about this, I can brief you on the timeline of how I think it happened if you wish, but in either case, this one was first filed, though I will happily try the



RECEIVED
MAR 8 2024
Clerk, U.S. District & Bankruptcy Court for the District of Columbia

case with Chutkan if the court deems that proper. I had tried to avoid the collision in an email to the DCD_intake, and they never got back to me. While I am trying to follow and respect procedure, the mechanics of who to contact for what are a often unclear to me, but it seems like I'm supposed to make these kinds of notices and inquiries into the docket.

Joe alter, in pro per, march 7, 2024

joealterinc@gmail.com